Jerry L. HUNTER, Appellant,

v.

Ellis McSWAIN, et al., Respondents.

No. WD 74205.

Missouri Court of Appeals, Western District.

May 28, 2013.

Jerry L. Hunter, Tipton, MO, Appellant, pro se.

---

1. All further statutory references are to RSMo 2000.

Chris Koster, Attorney General, Nathan M. Priestaf, Assistant Attorney General, Jefferson City, MO, for Respondents.

Before Division I: GARY D. WITT, Presiding Judge, and THOMAS H. NEWTON and MARK D. PFEIFFER, Judges.

### Order

PER CURIAM:

Jerry L. Hunter appeals the judgment of the Circuit Court of Cole County, Missouri, dismissing, with prejudice, his petition for declaratory judgment and injunctive relief relating to his prison inmate account. We affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling. Rule 84.16(b).

Before Division Two: ALOK AHUJA, Presiding Judge, and KAREN KING MITCHELL and ANTHONY REX GABBERT, Judges.